# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145135 & (48)

SCOTT KEVIN PECK,
            Plaintiff-Appellant,

v

SARAH CATHERINE PECK, a/k/a
SARAH CATHERINE CLINARD,
            Defendant-Appellee.

SC: 145135
COA: 306329
Clare CC: 07-900331-DM

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 8, 2012 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, for the reasons stated in the Court of Appeals dissenting opinion, and we REINSTATE the judgment of the Clare Circuit Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2012

_____
                Clerk

h0613